**Rule 1915.4-1. Alternative Hearing Procedures for Partial Custody Actions.**

* * *

     (c)    The president judge or the administrative judge of the family division of each county shall certify that custody proceedings generally are conducted in accordance with either Rule 1915.4-2 or Rule 1915.4-3.  The certification shall be filed with the Domestic Relations Procedural Rules Committee of the Supreme Court of Pennsylvania and shall be substantially in the following form:

I hereby certify that _____ County conducts its custody proceedings in accordance with Rule _____.

_____
(President Judge)     (Administrative Judge)

     *Note*:  Pursuant to Rule 1915.4-1, the following counties have certified to the Domestic Relations Procedural Rules Committee that their custody proceedings generally are conducted in accordance with the rule specified below:

          COUNTY       RULE
             * * *
        Northumberland **[1915.4-3]** <u>1915.4-2</u>
             * * *